UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DR. PAUL MAAS RISENHOOVER,
and for A.R.Y.L.L.R.,

        Plaintiff,

v.

HILARY CLINTON, TIM KUYKENDALL,
LINDA STINNETT, SUE McKENZIE,
JANA FORD, Esq., WASHINGTON
COUNTY COMMUNITY SERVICES, KARI
ANN LINDSTROM, PATRICIA KINZER,
THERESA WILSON, JENNA PENNFIELD,
GREGORY BROOKER, SECRETARY
RICE, THE AMERICAN INSTITUTE
TAIWAN, JOHN and JANE DOE(S), YING
LIANG, and Dr. PENGFEI ZHANG, with
NANCY and TERRY RISENHOOVER,
KATHLEEN SEBELIUS, President
BARACK HUSSEIN OBAMA II,

        Defendants.

Civil No. 12-1202 (SRN/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 3), is **ADOPTED**;

2. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 27, 2012        s/Susan Richard Nelson
                             SUSAN RICHARD NELSON
                             United States District Judge