UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DR. PAUL MAAS RISENHOOVER, and for A.R.Y.L.L.R., | Civil No. 12-1202 (SRN/JJG) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| HILARY CLINTON, TIM KUYKENDALL, LINDA STINNETT, SUE McKENZIE, JANA FORD, Esq., WASHINGTON COUNTY COMMUNITY SERVICES, KARI ANN LINDSTROM, PATRICIA KINZER, THERESA WILSON, JENNA PENNFIELD, GREGORY BROOKER, SECRETARY RICE, THE AMERICAN INSTITUTE TAIWAN, JOHN and JANE DOE(S), YING LIANG, and Dr. PENGFEI ZHANG, with NANCY and TERRY RISENHOOVER, KATHLEEN SEBELIUS, President BARACK HUSSEIN OBAMA II, | |
| Defendants. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 3), is **ADOPTED**;

2. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 27, 2012         s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge